**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6792**

———————

PRESTON ANTHONY GREEN,

Plaintiff - Appellee,

versus

RODERICK WARREN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-00-794-3)

———————

Submitted:  July 15, 2003              Decided:  July 24, 2003

———————

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert A. Dybing, THOMPSON & MCMULLAN, Richmond, Virginia, for Appellant.  Preston Anthony Green, Appellee Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roderick Warren appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Green v. Warren</u>, No. CA-00-794-3 (E.D. Va. Apr. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>